UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE HAMILTON,

                 Plaintiff,

  v.

M.S. EVANS et al,

                 Defendant.

_____/

Case Number: CV09-03072 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 14, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lawrence Hamilton
F-63386
Folsom State Prison
PO Box 950
Folsom, CA 95763

Dated: January 14, 2010

                             Richard W. Wieking, Clerk
                             By: D. Toland, Deputy Clerk